UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHARLOTTE AUGUST**

**VERSUS**                                                                                          **CIVIL ACTION**

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                    **NO. 07-880-JVP-CN**

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, May 7, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE AUGUST

VERSUS                                                         CIVIL ACTION

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY            NO. 07-880-JVP-CN

**MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

Plaintiff filed this suit on November 19, 2007.  The usual and customary scheduling order used in social security cases was issued on December 6, 2007. (Dkt. # 4.)   Summons were issued and plaintiff was instructed to make service on defendants Michael Astrue, U.S. Attorney, U.S. Attorney General and General Counsel for SSA on December 6, 2007. (Dkt. # 5) Executed summons were never returned, and no other proof of service has been filed in the record.

On April 15, 2008, plaintiff was notified that failure to perfect service of the summons and complaint in accordance with Rule 4(m), Federal Rules of Civil Procedure and to file proof of service in the record would result in this suit being dismissed for failure to prosecute, in accordance with ULR, Rule 41.3M.

No proof of service has been filed in the record as of May 7, 2008, on behalf of Michael Astrue, U.S. Attorney and U.S. Attorney General, therefore, this is to recommend that this case be dismissed for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

Signed in chambers in Baton Rouge, Louisiana, May 7, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**