UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE AUGUST

VERSUS                                            CIVIL ACTION NO.: 07-880-JVP-CN

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 7, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, this action shall be **DISMISSED** for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

Baton Rouge, Louisiana, May 27, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA