UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



CHARLOTTE AUGUST

VERSUS                                                                  CIVIL ACTION

MICHAEL ASTRUE,                                                NO. 07-880-JVP-CN
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## RULING ON MOTION TO ALTER OR AMEND JUDGMENT

On December 6, 2007, the Clerk of Court issued summons for the following defendants: United States Attorney General, United States Attorney, the General Counsel for the Social Security Administration, and the Office of the General Counsel for the Social Security Administration (doc. 5).

On April 15, 2008, plaintiff was notified by the Magistrate Judge that failure to perfect service of the summons and complaint in accordance with Fed.R.Civ.P. 4(m) and to file proof of service in the record would result in the suit being dismissed for failure to prosecute in accordance with LR 41.3M (doc. 6). On June 3, 2008, after adopting the Magistrate Judge's Report and Recommendation to which plaintiff did not object, the action was dismissed for plaintiff's failure to prosecute and to have defendants served within 120 days of filing the suit (doc. 14).

This matter is now before the court on an unopposed motion by plaintiff, Charlotte August, to alter or amend judgment pursuant to Fed.R.Civ.P. 59(e) (doc.

18). Counsel argues that on April 15, 2008 (the same date as the Magistrate Judge's notice), "direct service on behalf of plaintiff was executed by certified mail [and that Assistant United States Attorney John Gaupp] confirms receipt of Summons and Complaint (see attached Exhibit A) **and specifically indicated no objection to this motion**" (doc. 18, p. 1) (emphasis added). Counsel therefore requests a 30-day extension of time within which to properly effectuate service in this matter.

Exhibit A contains a letter dated May 5, 2008 from Mr. Gaupp to plaintiff's counsel, advising that Mr. Gaupp was in receipt of summons and complaint and advising of his willingness to consent to disposition of the case by a United States Magistrate Judge. Nowhere in the letter does Mr. Gaupp specifically indicate having no objection to the motion, nor can the letter be construed as any sort of waiver of service. The fact remains that the record is devoid of *timely-filed*[1] proof of service upon any defendant in this matter.

Accordingly, the motion by plaintiff, Charlotte August, to alter or amend judgment pursuant to Fed.R.Civ.P. 59(e) (doc. 18) is hereby **DENIED**.

Baton Rouge, Louisiana, July 31, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] "Timely-filed" meaning proof of perfected service *filed in the record* within ten days of the Magistrate Judge's notice dated April 15, 2008 (doc. 6).